# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ASSUMPTION PARISH POLICE JURY,
ET AL.

NO.   2021 CW 0022

VERSUS

TEXAS BRINE COMPANY, LLC, ET AL.

CONSOLIDATED WITH

STATE OF LOUISIANA

VERSUS

TEXAS BRINE COMPANY, LLC, ET AL.

CONSOLIDATED WITH

ASSUMPTION PARISH SHERIFF MIKE
WAGUESPACK

VERSUS

**MARCH 15, 2021**

TEXAS BRINE COMPANY, LLC, ET AL.

---

In Re:   Texas Brine Company, LLC, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, Nos. 34386 c/w 34389 c/w 34391.

---

**BEFORE:   McDONALD, WELCH, AND PENZATO, JJ.**

   **WRIT DENIED.** This court declines to exercise its supervisory jurisdiction. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

**JMM**
**JEW**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT